1
2
3  Reuben D. Nathan, Esq. (SBN 208436)
   AZIMY & NATHAN, LLP
4  18500 Von Karman Ave., Suite 500
   Irvine, California 92612
5  Phone:  (949) 486-1888
   Fax:    (949) 486-1889
6  Email: r.n@azimynathan.com
          e.a@azimynathan.com
7
                                              JS - 6
8  Attorneys of Record for Plaintiff,
   SAVIOUR CARUANA
9

10
                **UNITED STATES DISTRICT COURT**
11
                **CENTRAL DISTRICT OF CALIFORNIA**
12

13 | SAVIOUR CARUANA | Case No.: SACV08-00139 CJC (ANx) |
14 | | |
15 | Plaintiff, | **[PROPOSED] ORDER OF STIPULATION OF DISMISSAL** |
16 | | |
17 | v. | |
18 | RAINBOW DONUTS; EDWARDS CENTER, LLC and Does 1 through 10, inclusive. | |
19 | | **F.R.Civ.P. 41(a)(1)** |
20 | | |
21 | Defendants. | |
22
23
24
25
26
27
28

- 1 -
**[PROPOSED] ORDER OF STIPULATION OF DISMISSAL**

1
2
**ORDER**
3
4    Pursuant to the stipulation of the parties,
5    **IT IS ORDERED** that the above-captioned matter is dismissed as to all
6
7    claims and all defendants, with prejudice, each party to bear their own costs ands
8    attorney's fees.
9
10
11
     Dated: October 2, 2008                    _____
12                                              United States District Court Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
**[PROPOSED] ORDER OF STIPULATION OF DISMISSAL**